# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>    Plaintiff / Counterclaim-Defendant,<br>    vs.<br><br>CABELA'S INC., a Delaware corporation, and ROSS GLOVE COMPANY, a Wisconsin corporation,<br><br>    Defendant / Counterclaim-Plaintiff. | CASE NO. 09-CV-102 H (WMC)<br><br>**ORDER DENYING SEIRUS' MOTION TO STRIKE UNTIMELY SERVED SUPPLEMENTAL INVALIDITY CONTENTIONS** |

On September 2, 2011, Seirus Innovative Accessories, Inc. ("Seirus") filed its motion to strike untimely served Supplemental Invalidity Contentions by Defendant Cabela's, Inc.'s ("Cabela's") and untimely joinder of the Supplemental Invalidity Contentions served by Defendant Ross Glove Company ("Ross Glove"). (Doc. No. 269.) On September 27, 2011, Cabela's filed its opposition to Seirus' motion to strike untimely served Supplemental Invalidity Contentions. (Doc. No. 328.) On September 27, 2011, Ross Glove joined in Cabela's opposition to Seirus' motion to strike untimely served Supplemental Invalidity Contentions. (Doc. No. 329.)

The Court, pursuant to its discretion under Local Rule 7.1(d)(1), determines this matter is appropriate for resolution without oral argument, submits the motion on the

1 parties' papers, and vacates the hearing.  After reviewing the parties' papers, the Court
2 declines to strike the untimely served Supplemental Invalidity Contentions by Cabela's and
3 untimely joinder by Ross Glove.  Accordingly, the Court DENIES Seirus' motion to strike
4 Defendants' untimely served Supplemental Invalidity Contentions.

5 **IT IS SO ORDERED.**

6 DATED: October 3, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT