**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Plaintiff / Counterclaim-Defendant,<br><br>vs.<br><br><br>CABELA'S INC., a Delaware corporation, and ROSS GLOVE COMPANY, a Wisconsin corporation,<br><br>Defendant / Counterclaim-Plaintiff. | CASE NO. 09-CV-102 H (WMC)<br><br>**ORDER GRANTING SEIRUS' REQUEST TO LODGE UNDER SEAL EXHIBIT 24 TO THE DECLARATION OF MATTHEW D. MURPHEY IN SUPPORT OF SEIRUS' OPPOSITION TO CABELA'S MOTION FOR SUMMARY JUDGMENT ON PATENT NON-INFRINGEMENT**<br><br>[Doc. Nos. 362 & 363] |

On October 4, 2011, Plaintiff Seirus Innovative Accessories, Inc. ("Seirus") filed a request to lodge under seal exhibit 24 to the declaration of Matthew D. Murphey in support of Seirus' opposition to Defendant Cabela's Inc.'s motion for summary judgment on patent non-infringement. (Doc. Nos. 362 & 363.) This exhibit is a CD, which because of the voluminous nature of the date contained on the CD would be over 30,000 pages of data to be scanned and uploaded into the CM/ECF system. (Id.) Specifically, Seirus seeks to lodge and seal the following exhibit:

(1) CD containing Cabela's document production that contained the Microsoft Excel version of CAB 966-31226 (i.e., the spreadsheet was produced in its "native" format) (the

1  "Sales Data Spreadsheet").

2       Seirus seeks to seal the lodged CD because it contains non-public, confidential
3  information, designated the parties to remain confidential. (Doc. Nos. 362 & 363.) After
4  reviewing the documents in question, the Court concludes that good cause exists to seal the
5  documents. Accordingly, the Court GRANTS Seirus' request to file these documents under
6  seal and to lodge the exhibit. The Court also reserves the right to modify this order and unseal
7  any document as appropriate.

8  **IT IS SO ORDERED.**

9  DATED: October 12, 2011

                                                        MARILYN L. HUFF, District Judge
                                                        UNITED STATES DISTRICT COURT