# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1162

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**

*Plaintiff - Appellant*

v.

**UNITED STATES,**

*Defendant - Appellee*

**CABELA'S, INC., ROSS GLOVE COMPANY,**

*Defendants - Cross-Appellants*

Appeal from the United States District Court for the Southern District of California (San Diego) in case no. 09-CV-0102 U.S. District Judge Marilyn L. Huff

## MANDATE

In accordance with the judgment of this Court, entered April 10, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Clerk of Court, Southern District of California (San Diego)
Duane Scott Horning
Cynthia Gerard Iliff
Adam C. Jed
Douglas N. Letter
Paul E. McGowan
Scott R. McIntosh
Matthew D. Murphey
Nicole Murray

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1210

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**

*Plaintiff - Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

**ROSS GLOVE COMPANY,**

*Defendant – Cross Appellant*

**CABELA'S, INC.,**

*Defendant - Cross-Appellant*

Appeal from the United States District Court for the Southern District of California (San Diego) in case no. 09-CV-0102 U.S. District Judge Marilyn L. Huff

## **MANDATE**

In accordance with the judgment of this Court, entered April 10, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Clerk of Court, Southern District of California (San Diego)
Duane Scott Horning
Matthew D. Murphey
Nicole Murray

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1213

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**

*Plaintiff - Appellant*

v.

**CABELA'S, INC.,**

*Defendant-Cross Appellant,*

AND

**ROSS GLOVE COMPANY,**

*Defendant - Cross-Appellant*

AND

**UNITED STATES,**

*Defendant-Appellee.*

Appeal from the United States District Court for the Southern District of California (San Diego) in case no. 09-CV-0102 U.S. District Judge Marilyn L. Huff

## MANDATE

In accordance with the judgment of this Court, entered April 10, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Clerk of Court, Southern District of California (San Diego)
Duane Scott Horning
Matthew D. Murphey

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

v.

**CABELA'S INC.,**
*Defendant-Cross Appellant,*

AND

**ROSS GLOVE COMPANY,**
*Defendant-Cross Appellant,*

AND

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-1162, -1210, -1213

---

Appeals from the United States District Court for the Southern District of California in case no. 09-CV-0102, Judge Marilyn L. Huff.

---

**ON MOTION**

---

**O R D E R**

SEIRUS INNOVATIVE ACCESSORIES v. CABELA'S INC.　　2

Upon consideration of parties' joint motion to withdraw the above-captioned appeals,

IT IS ORDERED THAT:

(1)　The motion is granted. The appeals are dismissed.

(2)　Each side shall bear its own costs.

　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　/s/ Jan Horbaly
　　　　　　　　　　　　Jan Horbaly
　　　　　　　　　　　　Clerk

s26

ISSUED AS A MANDATE: April 10, 2013